# Exhibit A

13-141

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-----------------------------------------------------X
CLEARWATER HOLDING CORPORATION
d/b/a CLEARWATER BEACH CLUB,

                              Plaintiff,

        -against-

LANDMARK AMERICAN INSURANCE COMPANY,

                           Defendant.
-----------------------------------------------------X

Dated Filed 10/3/14
Index No. 605174/14

**SUMMONS**

Plaintiff(s) designate Nassau
County as the place of trial.

The basis of the venue is the
Plaintiff's domicile

Plaintiff's address is
1875 Ocean Boulevard
Atlantic Beach, NY 11509

To the above named Defendant:

    YOU ARE HEREBY SUMMONED to answer the complaint in this action and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance, on the Plaintiff's Attorney(s) within 20 days after the service of this summons, exclusive of the day of service (or within 30 days after the service is complete if this summons is not personally delivered to you within the State of New York); and in case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated:  New York, New York
        October 3, 2014

                             WEG AND MYERS, P.C.
                             Attorney for Plaintiff
                             Federal Plaza
                             52 Duane Street
                             New York, New York 10007
                             (212) 227-4210

Defendant(s) Address:
LANDMARK AMERICAN INSURANCE COMPANY
945 East Paces Ferry Road, Suite 1800
Atlanta, Georgia 30326-1160
        And
LANDMARK AMERICAN INSURANCE COMPANY
201 Robert S. Kerr Avenue, Suite 600
Oklahoma City, Oklahoma 73102-4267

13-141

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NASSAU
-------------------------------------------------------X
CLEARWATER HOLDING CORPORATION                         Index No. 605174/14
d/b/a CLEARWATER BEACH CLUB,

                              Plaintiff,                **COMPLAINT**

         -against-

LANDMARK AMERICAN INSURANCE COMPANY,

                              Defendant.
-------------------------------------------------------X

        Plaintiff, CLEARWATER HOLDING CORPORATION d/b/a CLEARWATER

BEACH CLUB, by its attorneys, WEG AND MYERS, P.C., as and for its Complaint herein

allege as follows:

                              **THE PARTIES**

  1. At all times hereinafter mentioned, Plaintiff CLEARWATER HOLDING
     CORPORATION d/b/a CLEARWATER BEACH CLUB ("Plaintiff") was and still is a
     domestic corporation, organized and existing under and by virtue of the laws of the
     State of New York.

  2. Defendant LANDMARK AMERICAN INSURANCE COMPANY (hereinafter,
     "Landmark" or "Defendant") was and still is a foreign corporation, organized and
     existing under and by virtue of the laws of the state of Oklahoma.

  3. At all relevant times, Landmark was authorized by the New York State Department of
     Financial Services to issue policies of insurance in the State of New York, including the
     policy issued to Plaintiff.

## FACTUAL BACKGROUND

4.  At all relevant times herein, Plaintiff was the owner of the property located at 1875
    Ocean Boulevard, Atlantic Breach, New York 11509 (hereinafter, "Subject Premises").

5.  Prior to October 29, 2012, Landmark, for good and valuable consideration, issued to
    Plaintiff a certain property policy of insurance bearing number LHD376218
    (hereinafter, "Subject Policy") with effective dates of May 1, 2012 to May 1, 2013 and
    with a buildings coverage limit of $2,526,890.00, wherein and whereby it covered all
    buildings at the Subject Premises against all risks of physical loss or damage, including,
    *inter alia*, damage caused directly or indirectly by wind.

6.  At all relevant times herein, Plaintiff maintained an insurable interest in the Subject
    Premises.

7.  At all relevant times herein, Plaintiff operated a private membership club, which among
    other things, provided its members with cabanas, lockers, changing rooms, restaurants
    and bars all located on the Subject Premises.

8.  On or about October 29, 2012, Superstorm Sandy made landfall in and around New
    York, including but not limited to the areas where the Subject Premises was located.

9.  As a result of Superstorm Sandy, Plaintiff suffered extensive wind damages to the
    Subject Premises in the amount of $1,396,305.90.

10. In or about November of 2012, Plaintiff timely notified Landmark with respect to the
    physical loss and damage at the Subject Premises.

11. On or about November 13, 2012, Defendant having received notification of Plaintiff's
    losses sent an adjustment team to perform an inspection of the physical damage at the
    Subject Premises.

2

12. Plaintiff timely submitted a sworn statement in Proof of Loss to Defendant on or about September 19, 2013 for the damages it suffered to its real property located at the Subject Premises in the amount of $1,604,754.50, an amount reflecting the whole loss and damage, less the deductible, for the Subject Premises.

13. Thereafter, Defendant, upon review of its adjustment team's inspection at the Subject Premises, determined that the specific damage that was caused solely by wind from Superstorm Sandy had an actual cash value of $118,178.26, less a $50,000 deductible, and issued Plaintiff payment in the amount of $25,000 on December 19, 2012 and $43,178.26 on March 1, 2013 which in the aggregate totaled $68,178.26.

14. Subsequent to September 19, 2013, in consideration of the expenses of actual repairs completed, in conjunction with updated actual assessments of damages yet to be repaired, Plaintiff calculated its damages to be $1,396,305.90.

15. To date, Plaintiff has only recovered $118,178.26, which represents Defendant's determination of the actual cash value of the damage to the Subject Premises. Accordingly, Defendant has failed to compensate Plaintiff under the terms and conditions of the policy in the amount of $1,278,127.64.

## AS AND FOR A FIRST CAUSE OF ACTION AGAINST LANDMARK
### (Breach of Contract)

16. Plaintiff repeats, reiterates, and realleges each and every allegation contained in Paragraphs "1" through "15" above inclusively, with the same force and effect as though more fully set forth at length herein.

17. On or about October 29, 2012, while the Subject Policy was in full force and effect, Plaintiff suffered physical damage to the Subject Premises as a result of a windstorm which was covered under the Subject Policy.

3

18. As a result of the aforementioned loss, Plaintiff sustained a loss and damage to the Subject Premises due to wind in the amount of $1,396,305.90.

19. Although Plaintiff duly submitted a claim to Landmark under the Policy and fully cooperated with Landmark, Landmark has failed to fully indemnify Plaintiff for its loss.

20. Landmark's failure to fully indemnify Plaintiff for its loss, although duly demanded, constitutes a breach of contract.

21. As a result of said breach, Plaintiff has suffered damages in the amount of $1,278,127.64.

WHEREFORE, Plaintiff demands judgment on the First Cause of Action against Defendant Landmark in the amount of $1,278,127.64; together with interest from October 29, 2012, including costs and disbursements, and for such other and further relief as this Court deems just and proper.

Dated: New York, New York
       October 3, 2014

                    WEG AND MYERS, P.C.,
                    *Attorneys for Plaintiffs*
                    CLEARWATER HOLDING CORPORATION
                    d/b/a CLEARWATER BEACH CLUB.


                    By: _____
                         Alexander C. Palasek
                         Federal Plaza
                         52 Duane Street, 2nd Floor
                         New York, New York 10007
                         (212) 227-4210

*Index No.*                          *Year 2014*
SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF SUFFOLK

CLEARWATER HOLDING CORPORATION d/b/a CLEARWATER BEACH CLUB,

Plaintiff,

-against-

LANDMARK AMERICAN INSURANCE COMPANY,
Defendant.

SUMMONS AND COMPLAINT

*Weg and Myers, P.C.*
*Attorneys for Plaintiff*
Federal Plaza
52 Duane Street
New York, N.Y. 10007
(212) 227-4210

Pursuant to 22 NYCRR 130-1.1, the undersigned, an attorney admitted to practice in the courts of New York State,
certifies that, upon information and belief and reasonable inquiry, the contentions contained in the annexed
document are not frivolous.

Dated:   October 3, 2014                    Signature_____

                                            Print Signer's Name Alexander C. Palasek, Esq.

Service of a copy of the within

Dated:                                      _____
                                            *Attorney(s) for*

PLEASE TAKE NOTICE

☐
Notice of        that the within is a (certified true copy of a
Entry            entered in the office of the clerk of the within named Court on

☐
Notice of        that an Order of which the within is a true copy will be presented for
Settlement       settlement to the Hon                                    one of the judges
                 of the within named Court, at
                 on                                   , at                      M.

Dated:                                      *Weg and Myers, P.C.*
                                            Attorneys for
                                            Federal Plaza
                                            52 Duane Street
                                            New York, NY 10007

TO
Attorney(s) for